IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR ESTRELLA,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | **FILED**<br>FEB 15, 2008 |
| MICHAEL J. ASTRUE,[1]<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | :<br>:<br>:<br>: | MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk<br>NO. 05-5800 |

## ORDER

AND NOW, this 15th day of February, 2008, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response, and Plaintiff's reply thereto (Doc. Nos. 11, 12, 14), and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report;

3. The decision of the Commissioner is **REVERSED** for the purposes of this remand only; and

---

[1] Defendant Michael J. Astrue is substituted as a party for Jo Anne B. Barnhart under Fed. R. Civ. P. 25(d)(1).

4. The Commissioner **SHALL** give this case priority and expedite any remaining proceedings so that the case may finally be resolved in as promptly a manner as is practicable.

BY THE COURT:

_____
JOHN R. PADOVA, J.